# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| HARON DONTE COLES, | : No. 98 MM 2020 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | : |
| | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.